

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**RECEIVED**

DEC 31 2024 ᵤₘ

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

|  |  |
|---|---|
| _____ Brandon Edward Brengman _____ , | ) ) ) ) ) ) |
| **Plaintiff(s),** | ) ) ) |
| **vs.** | ) Case No. ) |
| _____ Ken Hudson _____ | ) ) |
| _____ , | ) **1:24-cv-13378** ) Judge Virginia M. Kendall ) Magistrate Judge Gabriel A. Fuentes ) RANDOM / Cat. 1 |
| **Defendant(s).** | ) ) |

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* **pro se** *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1.  This is a claim for violation of plaintiff's civil rights as protected by the Constitution and

    laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.  The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3.  Plaintiff's full name is  Brandon Edward Brengman                          .

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4.    Defendant, <u>Ken Hudson</u>, is

(name, badge number if known)

   ☒ an officer or official employed by <u>Kane County, Ill</u>;

(department or agency of government)

<u>Assistant States Attorney</u> or

   ☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5.    The municipality, township or county under whose authority defendant officer or official acted is_____. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6.    On or about <u>Sept 7 2022</u>, at approximately <u>11:30</u> ☐ a.m. ☒ p.m.

(month,day, year)

plaintiff was present in the municipality (or unincorporated area) of <u>Sugar Grove</u>

_____ , in the County of <u>Kane</u>,

State of Illinois, at <u>42w902 Jericho rd.</u>,

(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

☒    arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;

☒    searched plaintiff or his property without a warrant and without reasonable cause;

☒    used excessive force upon plaintiff;

☒    failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;

☒    failed to provide plaintiff with needed medical care;

☒    conspired together to violate one or more of plaintiff's civil rights;

☒    Other:

<u>My First though Tenth Amendments have all been violated through actions of defendant.</u>

<u>Unlawful Detainment, Unlawful Arrest, Abuse of Law and Legal Practice, Police Brutality</u>

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____.

7.   Defendant officer or official acted pursuant to a custom or policy of defendant

municipality, county or township, which custom or policy is the following: (***Leave blank***

***if no custom or policy is alleged***):_____

_____

_____

_____.

8.   Plaintiff was charged with one or more crimes, specifically:

Resisting arrest of four peace officers _____

class 2 aggravated battery- not guilty _____

_____

_____

_____

9.   (***Place an X in the box that applies. If none applies, you may describe the criminal***
***proceedings under "Other"***) The criminal proceedings

☐   are still pending.

☐   were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☒   Plaintiff was found guilty of one or more charges because defendant deprived me of a

fair trial as follows accessory to perjury of a witness testifying under oath, defamation of

character, tampering with evidence of trial, racketeering _____.

☐ Other: _____.

---

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

On sept 7th, approximately 11:30 p.m. at 42w 902 Jericho rd. kane county police showed up at address. An explanation was given from police was a complaint. Don Sherman and I Brandon Brengman were leaving to go shower at planet fitness where we ad acquired a membership to take showers since the showers were no longer working in the house because of the squatter. With the complaint of the squatter the result of the police's decision was to arrest me, Brandon Brengman, without probable cause nor a crime being committed, when asking officer reason of arrest, no statement was made of existence. In the process of being detained in handcuffs, I was injured because of the aggressive behavior and unlawful lethal force of multiple officers , from the unlawful arrest. In the act of conspiring against my civil rights I Brandon Brengman was injured. After being unlawfully detained and unlawfully arrested, my persons and my vehicle were all searched illeagally without my consent my consent or warrant. My firearm was removed from my property without my consent nor any probable cause, in result I was arrested without a crime being committed , nor taking part in any crime that was taking place.

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

large laceration on my chin,and another across my knee, also my shoulder, and also a tooth on the right hand side of my mouth, dislocation of my shoulder and abrasions on my wrist because of over tightening of handcuffs

13. Plaintiff asks that the case be tried by a jury. ☒ Yes ☐ No

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14.    Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A.    Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B.    ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C.    Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: _____

Plaintiff's name *(print clearly or type)*: Brandon Edward Brengman

Plaintiff's mailing address: 42w 902 Jericho Rd.

City Sugar Grove     State IL     ZIP 60554

Plaintiff's telephone number: (331 ) 213-0131 .

Plaintiff's email address *(if you prefer to be contacted by email)*:

brandon.brengman@gmail.com

15.    Plaintiff has previously filed a case in this district.  ☐ Yes  ☒ No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]